```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN SWARTZ,

                Plaintiff,

-v.-

26 WEST 39TH LLC,

                Defendant.

---

23 Civ. 4268 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On July 21, 2023, Plaintiff filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Notice of Dismissal requests that the "Court retain jurisdiction to enforce the parties' settlement agreement if necessary." ECF No. 12.

    Pursuant to the Court's Individual Rules and Practices in Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. *See* R. 6.A. If the parties wish for the Court to retain jurisdiction to enforce any settlement agreement, then they **must—within one week of this Order—**file a stipulation of dismissal that includes the settlement agreement (which shall be set forth in the stipulation or filed as an exhibit thereto).

    **If the parties do not file their agreement on the docket within one week of the date of this Order, the Court will not retain jurisdiction over the parties' settlement agreement, and the Court will direct the Clerk of Court to terminate the case.**

    SO ORDERED.

Dated: July 24, 2023
       New York, New York

                                                */s/ Jennifer H. Rearden*
                                                JENNIFER H. REARDEN
                                                United States District Judge