```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN SWARTZ,

                Plaintiff,

-v.-

26 WEST 39TH LLC,

                Defendant.

---

23 Civ. 4268 (JHR)

ORDER OF DISMISSAL

JENNIFER H. REARDEN, District Judge:

    On July 21, 2023, Plaintiff filed a Notice of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Notice of Dismissal requests that the "Court retain jurisdiction to enforce the parties' settlement agreement if necessary."  ECF No. 12.  On July 24, 2023, the Court directed the parties to file within one week (*i.e.*, by July 31, 2023) a stipulation of dismissal that includes their settlement agreement, should the parties wish for the Court to retain jurisdiction to enforce that agreement.  ECF No. 13; *see* Individual Rules and Practices in Civil Cases, Rule 6.A.  The Court cautioned that if the parties did not file their agreement by that deadline, "the Court [would] not retain jurisdiction over the parties' settlement agreement, and the Court [would] direct the Clerk of Court to terminate the case."  ECF No. 13.

    To date, the parties have not filed a copy of their settlement agreement on the docket.  **Accordingly, the above-referenced action is dismissed with prejudice, pursuant to Plaintiff's Notice of Dismissal (ECF No. 12), and the Court will not retain jurisdiction to enforce the parties' settlement agreement.  The Clerk of Court is directed to CLOSE the case.**

    SO ORDERED.

Dated: August 16, 2023
       New York, New York

                                        _____
                                        JENNIFER H. REARDEN
                                        United States District Judge